FILED

2009 Sep-30  PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARVIN LEE HOLLEY,                    )
                                      )
            Petitioner,               )
                                      )
vs.                                   )        Case No. 2:09-cv-591-TMP
                                      )
D.B. DREW, Warden,                    )
                                      )
            Respondent.               )

<u>ORDER DISMISSING PETITION</u>

The magistrate judge filed his report and recommendation in this cause on September 16, 2009, recommending that the petition be denied and dismissed.  The magistrate judge reasoned that if the petition is construed by being filed pursuant to 28 U.S.C. § 2241, it is due to be denied because challenges to the validity of federal convictions and sentences must be made pursuant to 28 U.S.C. § 2255.  Further, if the petition is construed to have been filed under § 2255, notwithstanding its explicit reliance on § 2241, it is successive.  Although petitioner has not filed any objections to date, the court has reviewed *de novo* the report and recommendation and all other materials in the court file.  Having done so, the court finds that the report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, the petition filed in the above-styled cause is due to be and here is DISMISSED.

The Clerk is DIRECTED to mail a copy of the foregoing to the petitioner.

DONE this the 30th day of September 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE